```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
```

**WARREN SINCENO**                                    **CIVIL ACTION**

**VERSUS**                                            **NO. 16-6895**

**DARRYL VANNOY, Warden**                             **SECTION "B"(3)**

## ORDER AND REASONS

Petitioner Warren Sinceno seeks habeas corpus relief under Title 28 United States Code Section 2254. After the matter was automatically referred to United States Magistrate Judge Daniel E. Knowles under Local Rule 73, he issued a Report and Recommendation to dismiss the petition. (Rec. Doc. 22 at 1). In response, Petitioner raised four objections to that Report and Recommendation. (Rec. Doc. 23 at 1). After reviewing the record, applicable law, and for reasons summarized below,

**IT IS ORDERED** that:

1. Petitioner's objections are **OVERRULED** as supported by the facts and law**;**

2. The Magistrate Judge's Report and Recommendation, including reasons therein, are **ADOPTED as the opinion of the Court;** and

3. The instant § 2254 petition for habeas relief is **DISMISSED.**

New Orleans, Louisiana, this 5th day of September, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDG

1